**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**ADAM B. COLLINGE,**

                      **Petitioner,**

      **v.**                                       **CASE NO. 22-3095-SAC**

**SCOTT KING,**

                      **Respondent.**

## NOTICE AND ORDER TO SHOW CAUSE

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. For the reasons explained below, the Court directs Petitioner to notify the clerk of his current address.

On May 11, 2022, Petitioner filed his petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1.) At that time and on May 20, 2022, when Petitioner filed his petition on the required court-approved forms, he was an inmate at the Pawnee County Jail in Larned, Kansas. (Docs. 1-1 and 6.) On May 23, 2022, the Court issued a notice and order to show cause (NOSC), which was mailed to Petitioner at the Pawnee County Jail. (Doc. 7.) On June 2, 2022, the Court received from Petitioner a letter in which he informed the Court that he had been "farmed out" to the Ford County Detention Center in Dodge City, Kansas. (Doc. 9.)

In the letter, Petitioner alleged that he had not received some of his mail while at the Pawnee County Jail, so when the time for Petitioner to respond to the NOSC expired without a response from Petitioner, the Court remailed the NOSC to Petitioner at the Ford County Detention Center and extended the time for Petitioner

to respond. (Doc. 11.) Those documents were mailed on June 29, 2022. On July 8, 2022, the mail sent to Petitioner at the Ford County Detention Center was returned to the Court marked "Return to Sender." (Doc. 12.) Thus, it appears that Petitioner is no longer at the Ford County Detention Center.

Rule 5.1(c)(3) of the Rules of the United States District Court for the District of Kansas requires a pro se party to "notify the clerk in writing of any change of address." D. Kan. R. 5.1(c)(3). Accordingly, the Court directs Petitioner to notify the clerk, in writing, of his current address. The failure to do so may result in the dismissal of this matter without further notice to Petitioner.

**IT IS THEREFORE ORDERED** that Petitioner is granted until and including August 12, 2022, in which to provide the clerk, in writing, with his current address. The failure to do so may result in the dismissal of this matter without further prior notice to Petitioner.

**IT IS SO ORDERED.**

DATED: This 11th day of July, 2022, at Topeka, Kansas.

S/ Sam A. Crow

SAM A. CROW
U.S. Senior District Judge